UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA

| | |
|---|---|
| FMM BUSHNELL, LLC,<br><br>  Appellant,<br><br>v.<br><br>FIRST VOLUNTEER BANK,<br><br>  Appellee. | Case no. 1:21-CV-229-KAC-CHS<br><br>Bankruptcy Appeal<br><br>AP No. 1:20-AP-01051-SDR |

## ORDER DISMISSING APPEAL WITH PREJUDICE

The parties, through their respective counsel, have agreed that **this appeal** should be dismissed with prejudice because "the parties have reached an agreement on all matters in controversy between them" [Doc. 14]. Accordingly, under Federal Rule of Bankruptcy Procedure 8023, it is

**ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED WITH PREJUDICE**.

It is so ORDERED.

_____
KATHERINE A. CRYTZER
UNITED STATES DISTRICT JUDGE

Approved by:

| | |
|---|---|
| **CHARTWELL LAW** | **JOHNSON & MULROONY, P.C.** |
| By: s/Everett L. Hixson III | By: s/Elisabeth B. Donnovin |
| Everett L. Hixson Jr. (BPR No. 12116) | Elisabeth B. Donnovin (BPR No. 18365) |
| bhixson@chartwelllaw.com | edonnovin@johnsonmulroony.com |
| Everett L. Hixson III (BPR No. 033345) | 428 McCallie Ave. |
| rhixson@chartwelllaw.com | Chattanooga, TN 37402 |
| 201 W. Main Street, Suite 105 | Tel.: (423) 266-2300 |
| Chattanooga, TN 37408 | Fax: (423) 266-6906 |
| Tel.: (423) 910-2200 | |
| Fax: (423) 373-1435 | |